THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS CUOMO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.